# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| SABRINA ELROD § | |
| § | |
| v. § | CIVIL ACTION NO. 4:19cv874 |
| § | Judge Mazzant |
| DIVERSIFIED CONSULTANTS, INC. § | |

## ORDER

On April 20, 2020, Defendant Diversified Consultants, Inc. filed a Suggestion of Bankruptcy (Dkt. #12). The pleading indicates that on April 17, 2020, Defendant Diversified Consultants, Inc. (DCI) filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the Middle District of Florida in the case of In re: Diversified Consultants, Inc., Case No.: 3:20-bk-01311-CJJ.

Accordingly, all claims asserted in the above-styled lawsuit are hereby **STAYED** pending further Order of the Court. *See GATX Aircraft Co. v. M/V Courtney Leigh*, 768 F.2d 711, 716 (5th Cir. 1985).

**IT IS SO ORDERED**.

SIGNED this 21st day of April, 2020.

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE