# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| SABRINA ELROD § | |
| § | |
| v. § | Civil Action No. 4:19-CV-00874 |
| § | Judge Mazzant |
| DIVERSIFIED CONSULTANTS, INC. § | |

### ORDER

It is hereby **ORDERED** that this case be ADMINISTRATIVELY CLOSED during the pendency of the bankruptcy proceeding.

**IT IS SO ORDERED.**
**SIGNED this 12th day of August, 2021.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE